**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Calvin JONES, Defendant—Appellant.**

**No. 09–7109.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 8, 2009.

Decided: Nov. 3, 2009.

Calvin Jones, Appellant Pro Se. Jonathan Leo Fahey, Lawrence Joseph Leiser, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Jones appeals the district court's order granting in part and denying in part Jones' motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (motion under § 3582(c) "is subject to the discretion of the district court"); *United States v. Legree,* 205 F.3d 724, 727 (4th Cir.2000). Thus, we affirm

the district court's order for the reasons stated there. *See United States v. Jones,* No. 1:05–cr00287–TSE–1 (E.D. Va. filed June 1, 2009; entered June 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*